_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
April 14, 2020

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117-5865
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com
rgubler@mjohnsonlaw.com
adhillon@mjohnsonlaw.com

*Counsels for Debtor/Defendant/Counter-Claimant
Andrew Bunker Platt*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.: 19-17282-btb |
| | Chapter 7 |
| ANDREW BUNKER PLATT and RUTH ANN PLATT, | |
| Debtors. | |
| WOODS & ERICKSON, LLP, a Nevada limited liability partnership, d/b/a WOODS ERRICKSON & WHITAKER, LLP, | Adversary Proceeding 19-01122-btb |
| Plaintiff, | |
| vs. | |
| ANDREW B. PLATT, an individual; L&S COUNSELORS LTD., a Nevada limited liability company; GATEHOUSE | |

JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 WEST SAHARA AVENUE
LAS VEGAS, NEVADA 89117
(702) 471-0065
(702) 471-0075

|   |   |
|---|---|
| STRATEGIES, LLC, a Nevada limited liability company; JOHN DOE DEFENDANTS 1 through X; and ROE ENTITITES I through X, | ) ) ) ) ) |
| Defendants. | ) ) |
| ANDREW B. PLATT, an individual; and L&S COUNSELORS LTD., a Nevada limited-liability company, | ) ) ) ) |
| Counter-Claimants, | ) ) |
| vs. | ) ) |
| WOODS & ERICKSON, LLP, a Nevada limited liability partnership, d/b/a WOODS ERICKSON & WHITAKER, LLP, | ) ) ) ) ) |
| Counter-Defendant. | ) ) |

**ORDER DENYING MOTION TO CONSOLIDATE ADVERSARY PROCEEDINGS**

Hearing Date: April 10, 2020
Hearing Time: 11:00 A.M.

THIS MATTER was set on calendar on April 10, 2020 for *Motion to Consolidate Adversary Proceedings* that was filed by Plaintiff WOODS & ERICKSON, LLP on January 6, 2020; Matthew L. Johnson of the law firm JOHNSON & GUBLER, P.C. appearing on behalf of Andrew B. Platt; Douglas D. Gerrard of the law firm GERRARD COX LARSEN appearing on behalf of WOODS ERICKSON & WHITAKER, LLP; the Court having reviewed the pleadings on file and argument of the parties and good cause having been shown:

IT IS HERBY ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

/ / /

/ / /

1  In accordance with LR 9021, counseling submitting this document certifies that the order

2  accurately reflects the court's ruling and that (check one):

3  ____    The court has waived the requirement set forth in LR 9021(b)(1).

4  ____    No party appeared at the hearing or filed an objection to the motion.

5  _X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Approved / ~~Disapproved / Failed to Respond~~

*/s/ Douglas D. Gerrard*
Douglas D. Gerrard

____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LF 9014(g), and that no party has objected to the form or content of the order.

Prepared and Respectfully Submitted by:

JOHNSON & GUBLER, P.C.

*/s/ Matthew L. Johnson*
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117-5865
Phone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com
rgubler@mjohnsonlaw.com
adhillon@mjohnsonlaw.com

*Counsels for Debtor/Defendant/Counter-Claimant Andrew Bunker Platt*