Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Gary C. Milne, Esq.
Nevada Bar No. 3653
gmilne@gerrard-cox.com
GERRARD COX LARSEN
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada  89074
(702) 796-4000
*Attorneys for Creditor,*
*WOODS & ERICKSON, LLP*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>ANDREW B. PLATT and RUTH ANN PLATT<br><br>Debtor(s). | Case No. BK-S-19-17282-abl<br><br>Adversary Proceeding: 19-01122-abl<br><br>Chapter 7 |
| WOODS & ERICKSON, LLP, a Nevada Limited Liability Partnership, d/b/a WOODS ERICKSON & WHITAKER, LLP, et al,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW B. PLATT, an individual, et al,<br><br>Defendants. | **NOTICE OF ENTRY OF STIPULATION AND ORDER TO REMAND TO STATE COURT** |

NOTICE IS HEREBY GIVEN that a **STIPULATION AND ORDER TO REMAND TO STATE COURT [ECF No. 87],** was entered herein on the 20th day of September, 2021.  A copy of said Stipulation and Order is attached hereto as Exhibit "A".

Dated this 20th day of September, 2021.

**GERRARD COX LARSEN**

*/s/ Douglas D. Gerrard, Esq.*
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Gary C. Milne, Esq.
Nevada Bar No. 3653
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada  89074
*Attorneys for Creditor,*
*Woods & Erickson, LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of GERRARD COX LARSEN, and that on the 20th day of September, 2021, I served a copy of the **NOTICE OF ENTRY OF STIPULATION AND ORDER TO REMAND TO STATE COURT**, as follows:

a.  Electronically Mailed by ECF System:

MATTHEW L. JOHNSON on behalf of Defendant ANDREW B. PLATT
annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com; sue@mjohnsonlaw.com

b.  Deposited in the United States Mail, on the 20th day of September, 2021, at Henderson, Nevada to:

ANDREW B. PLATT
WAVETRONIX
1827 W 650 N
SPRINGVILLE, UTAH 84663

*/s/ Kaytlyn H. Johnson*
Kaytlyn H. Johnson, An Employee of
GERRARD COX LARSEN